August 21, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

HELEN MAYFIELD, Appellant

NO. 14-13-00268-CV                    V.

STEVE FULLHART AND
GRAY TELEVISION GROUP, INC. D/B/A KBTX-TV, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Steve Fullhart and Gray Television Group, Inc. d/b/a KBTX-TV, signed December 13, 2011 and rendered final by the trial court's order of May 10, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.